E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:      (213) 500-9369
    E-mail:    julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:** 11/5/24; 3/25/2025 **PROPOSED TRIAL DATE:** 5/19/2025 |

Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Julie J. Shemitz, and

defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

individually and by and through his counsel of record, Zaura

Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

both individually and by and through his counsel of record, Victor

1    Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
2    through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
3    individually and by and through his counsel of record, Louis J.
4    Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
5    of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
6    and through his counsel of record, John Targowski; LUIS BELANDRIA-
7    CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
8    through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
9    individually and by and through his counsel of record, Michael D.
10   Walsh; JIAYUNG YU, both individually, and by and through his counsel
11   of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
12   and through his counsel of record, Edward M. Robinson; XUANYI MU
13   ("MU"), both individually and by and through his counsel of record,
14   Donald M. Matson; SHOU YANG, individually, and by and through his
15   counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
16   individually, and by and through his counsel of record,     OSCAR
17   EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
18   counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
19   ROBLES"), both individually and by and through his counsel of record,
20   Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
21   his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
22   individually, and by and through his counsel of record, Peter
23   Johnson; JOSE ANTONIO PARDO, individually, and by and through his
24   counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
25   and by and through his counsel of record, Kevin Gres, hereby
26   stipulate as follows:
27
28

1    1.    On April 4, 2024, a grand jury for the Central District of
2    California returned first superseding indictment as to both United
3    States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4    Initial appearance and arraignment for defendant CHENGWU HE has been
5    set for August 22, 2024.

6    2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7    trial commence on or before August 20, 2024.

8    3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9    GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10    district.

11    4.    All defendants who have appeared in this district have been
12    released on bond pending trial.

13    5.    The parties estimate that the trial in this matter will
14    last approximately three weeks.    All defendants are joined for trial
15    and a severance has not been granted.

16    6.    By this stipulation, the parties move to continue the trial
17    date to and the status conference to October 21, 2025 and the status
18    conference to October 8, 2025.

19    7.    Defendants request the continuance based upon the following
20    facts, which the parties believe demonstrate good cause to support
21    the appropriate findings under the Speedy Trial Act:

22    a.    Counsel for defendants represent that they have
23    various prior obligations and trial conflicts as set out in Exhibit A
24    hereto. Counsel for defendants also represent that additional time is
25    necessary to confer with their defendants, conduct and complete an
26    independent investigation of the case, conduct and complete
27    additional legal research including for potential pre-trial motions,

28

3

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6       b.   Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9       c.   The government does not object to the continuance.

10      d.   The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15      8.   For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3       9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9       IT IS SO STIPULATED.
   Dated: August 5, 2024            Respectfully submitted,

10

11                                  E. MARTIN ESTRADA
                                    United States Attorney

12                                  MACK E. JENKINS
                                    Assistant United States Attorney
13                                  Chief, Criminal Division

14
                                    _____/s/_____
15                                  JULIE J. SHEMITZ
                                    Assistant United States Attorney
16
                                    Attorneys for Plaintiff
17                                  UNITED STATES OF AMERICA

18

19

20     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27
   _____        _____
   ZAIRA VILLAGOMEZ                       Date
28
                                   5

Attorney for Defendant
EDGAR MARTINEZ-REYES

     I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                     Date
Defendant

## CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                              Date

1    I am SAI ZHANG's attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client.  I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8
  _____          _____
9  RUEVEN L. COHEN                          Date
   YOUNGBIN SON
10  Attorneys for Defendant
   SAI ZHANG

11

12
     This agreement has been read to me in Mandarin, the language I
13
   understand best, and I have carefully discussed every part of it with
14
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025.  I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20  _____          _____
   SAI ZHANG                                Date
21  Defendant

22                      **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Mandarin languages.  I accurately translated this entire

25  agreement from English into Mandarin to defendant SAI ZHANG on this

26  date.

27  _____          _____
   INTERPRETER                              Date
28

                                    7

I am BERNARDO MAUBERIS's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

_____      _____
ROBERT M. HELFEND                     Date
Attorney for Defendant
BERNARDO MAUBERIS


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____      _____
BERNARDO MAUBERIS                     Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant BERNARDO MAUBERIS on this date.

_____          _____
INTERPRETER                                Date

    I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
LOUIS J. SHAPIRO                           Date
Attorney for Defendant
PANYU ZHAO


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
PANYU ZHAO                                 Date
Defendant


## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
1    _____        _____
     INTERPRETER                         Date
2
3        I am RAUL CONTRERAS's attorney.  I have carefully discussed
4    every part of this stipulation and the continuance of the trial date
5    with my client. I have fully informed my client of his Speedy Trial
6    rights.  To my knowledge, my client understands those rights and
7    agrees to waive them.  I believe that my client's decision to give up
8    the right to be brought to trial earlier than October 21, 2025, is an
9    informed and voluntary one.

10   _____        _____
     CHARLES C. BROWN                    Date
     Attorney for Defendant
11   RAUL CONTRERAS
12
13
         I have read this stipulation and have carefully discussed it
14
     with my attorney. I understand my Speedy Trial rights.  I voluntarily
15
     agree to the continuance of the trial date, and give up my right to
16
     be brought to trial earlier than October 21, 2025.  I understand that
17
     I will be ordered to appear in Courtroom 8C of the Federal
18
     Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
19
     2025 at 8:30 a.m.
20
21   _____        _____
     RAUL CONTRERAS                      Date
22   Defendant
23
                        CERTIFICATION OF INTERPRETER
24
         I, _____, am fluent in the written and spoken
25
     English and Spanish languages. I accurately translated this entire
26
     agreement from English into Spanish to defendant RAUL CONTRERAS on
27
     this date.
28
```
                                    10

| | |
|---|---|
| INTERPRETER | Date |

I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

| | |
|---|---|
| JOHN TARGOWSKI | Date |

Attorney for Defendant
GUILLERMO ZAMBRANO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

| | |
|---|---|
| GUILLERMO ZAMBRANO | Date |

Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____   Date _____

    I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____   Date _____
Attorney for Defendant
HANG SU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____   Date _____
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

12

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____          _____
    MATTHEW J. LOMBARD                         Date
9   Attorney for Defendant
    OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
    OSCAR EDUARDO MAYORGA                       Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____          _____
    INTERPRETER                                 Date
28

                              18

1        I, _____, am fluent in the written and spoken

2    English and Mandarin languages.  I accurately translated this entire

3    agreement from English into Mandarin to defendant SHOU YANG on this

4    date.

5    _____    _____

6    INTERPRETER                         Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____        _____
INTERPRETER                                 Date


    I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
SHOU YANG                                   Date
Attorney for Defendant
ROBERT C. HSU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
SHOU YANG                                   Date
Defendant


### CERTIFICATION OF INTERPRETER

16

INTERPRETER                                    Date

    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                               Date
Attorney for Defendant
XUANYI MU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                      Date
Defendant

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                                Date

I am XIAOLEI YE's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                         Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                                 Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER                                          Date

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS                                     Date
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU                                           Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

1       I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights. To my knowledge, my client understands those

5   rights and agrees to waive them. I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____          _____
    EDVIN S. FLORES                          Date
9   Attorney for Defendant
    VICTOR RODRIGUEZ-TRUJILLO
10

11      I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights. I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025. I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____          _____
    VICTOR RODRIGUEZ-TRUJILLO                Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages. I accurately translated this entire

25  agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26  TRUJILLO on this date.

27  _____          _____
    INTERPRETER                              Date
28

19

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____        _____
   ROBERT BERNSTEIN                         Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
   VIDAL LICON-ROBLES                       Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____        _____
   INTERPRETER                              Date
28

1       I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____    _____
     ANTHONY M. SOLIS                        Date
9   Attorney for Defendant
     LEOPOLDO BERNAL
10

11

12       I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   _____    _____
     LEOPOLDO BERNAL                         Date
20   Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26   this date.

27   _____    _____
     INTERPRETER                             Date
28

I am JULIO ALEXANDER CABRERA's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than October 21,
2025 is an informed and voluntary one.

_____        _____
PETER JOHNSON                               Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____        _____
JULIO ALEXANDER CABRERA                     Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant JULIO ALEXANDER
CABRERA on this date.

_____        _____
INTERPRETER                                 Date

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
MICHAEL S. CHERNIS                                              Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
JOSE ANTONIO PARDO                                            Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____          _____
INTERPRETER                                                        Date

1

2       I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9

    Date 8/9/24

10 JIANDE ZHOU
   Attorney for Defendant
11 KEVIN D. GRES

12

13      I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 JIANDE ZHOU            Date 8/9/2024
   Defendant

21

22

23                **CERTIFICATION OF INTERPRETER**

      I, Yanyan Liu, am fluent in the written and spoken

24

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

_____          08/09/2024
INTERPRETER                               Date

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28