BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
Chief, Transnational Organized Crime Section
JEREMY K. BEECHER (Cal. Bar No. 301272)
MATT COE-ODESS (Cal. Bar No. 313082)
Assistant United States Attorneys
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: 213-894-2433/5429/8957
    Facsimile: 213-894-0142
    E-mail:    mark.childs@usdoj.gov
               jeremy.beecher@usdoj.gov
               matt.coe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES, ET AL., | |
| Defendants. | **CURRENT TRIAL DATE:**  10/21/25 **PROPOSED TRIAL DATE:**  6/2/26 |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys J. Mark Childs, Jeremy K. Beecher, and Matt Coe-Odess, and defendants Edgar Joel Martinez-Reyes, Sai Zhang, Chengwu He, Bernardo Mauberis, Raul Contreras, Xiaolei Ye, Julio Alexander Cabrera, and Vidal Licon-

Robles, both individually and by and through their counsel of record, hereby stipulate as follows:

1.    The First Superseding Indictment in this case in this case was made public on April 4, 2024.

2.    On August 7, 2024, the Court set a trial date of October 21, 2025, and a pretrial conference date of October 8, 2025.

3.    All stipulating defendants are released on bond pending trial.

4.    The status of defendants who are not parties to this stipulation and have not yet entered guilty pleas[1] is as follows:

a.    Victor Rodriguez-Trujillo was released on bond with electronic monitoring, but subsequently cut off his electronic monitoring devices and absconded from pretrial supervision.  He is now a fugitive whose whereabouts are unknown.

b.    Daniel Gonzalez is a fugitive who is believed to be residing in Northern California.

c.    Jiaxuan He is a fugitive who is believed to be residing in China.

d.    Peji Tong is a fugitive who is believed to be in the custody of Chinese authorities.

e.    Guillermo Zambrano was released on bond with electronic monitoring.  Zambrano was taken into custody by United States Immigration and Customs Enforcement ("ICE") in June 2025, was placed into removal proceedings, and is in ICE custody in Adelanto,

---

[1]  Diego Acosta Ovalle and Panyu Zhao have signed plea agreements filed with the Court, but their change of plea hearings have not yet occurred.

California, pending the outcome of his removal proceeding. Zambrano, through counsel, objects to a continuance of his trial date.

f. Jose Pardo is applying for CASA and the parties will separately submit a stipulation to continue his trial date on that basis.

5. The parties estimate that the trial in this matter will last approximately two weeks. All defendants are joined for trial and a severance has not been granted.

6. By this stipulation, defendants move to continue the trial date to June 2, 2026, and the pretrial conference to May 20, 2026.

7. Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a. Counsel for defendants represent that they have various prior obligations and trial conflicts. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.

b. Due to the nature of the prosecution, the number of defendants, the charges in the indictment and the voluminous discovery produced to defendants, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

c.    Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.    Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

e.    The government does not object to the continuance.

f.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

8.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of October 21, 2025, to June 2, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would

4

1    unreasonably deny defendant continuity of counsel and would deny

2    defense counsel the reasonable time necessary for effective

3    preparation, taking into account the exercise of due diligence.

4         9.   Zambrano objects to continuing the trial in this matter.

5    Nonetheless, the stipulating parties agree that, pursuant to 18

6    U.S.C. § 3161(h)(6), the time period of October 21, 2025, to June 2,

7    2026, constitutes a reasonable period of delay for Zambrano, who is

8    joined for trial with codefendants as to whom the time for trial has

9    not run and no motion for severance has been granted.

10        10.  Nothing in this stipulation shall preclude a finding that

11   other provisions of the Speedy Trial Act dictate that additional time

12   periods be excluded from the period within which trial must commence.

13   Moreover, the same provisions and/or other provisions of the Speedy

14   Trial Act may in the future authorize the exclusion of additional

15   time periods from the period within which trial must commence.

16        IT IS SO STIPULATED.

17    Dated: October 1, 2025          Respectfully submitted,

18                                    BILAL A. ESSAYLI
                                      Acting United States Attorney
19
                                      JOSEPH T. MCNALLY
20                                    Assistant United States Attorney
                                      Acting Chief, Criminal Division
21

22                                            /s/
                                      _____
23                                    J. MARK CHILDS
                                      JEREMY K. BEECHER
24                                    MATT COE-ODESS
                                      Assistant United States Attorneys
25
                                      Attorneys for Plaintiff
26                                    UNITED STATES OF AMERICA

27

28

1   I am EDGAR JOEL MARTINEZ-REYES'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than June 2,

7   2026, is an informed and voluntary one.

8                                                    9/26/25

9   ZAIRA VILLAGOMEZ                        Date
    Attorney for Defendant
10  EDGAR JOEL MARTINEZ-REYES

11

12      This agreement has been read to me in Spanish, the language I

    understand best, and I have carefully discussed every part of it with
13
    my attorney.  I understand my Speedy Trial rights.  I voluntarily
14
    agree to the continuance of the trial date, and give up my right to
15
    be brought to trial earlier than June 2, 2026.  I understand that I
16
    will be ordered to appear in Courtroom 8C of the Federal Courthouse,
17
    350 W. 1st Street, Los Angeles, California on June 2, 2026, at 8:30
18
    a.m.
19                                          09 / 26 / 2025

20
    EDGAR JOEL MARTINEZ-REYES                Date
21  Defendant

22                  **CERTIFICATION OF INTERPRETER**

23      I, Z. Villagmoz , am fluent in the written and spoken English and

24  Spanish languages.  I accurately translated this entire agreement

25  from English into Spanish to defendant EDGAR JOEL MARTINEZ-REYES on

26  this date.

27                                          7 - 26 - 25

28  INTERPRETER                             Date

                                6

Doc ID: 07b07179414c28c8877c8019ce117be7d03cf620

1    I am SAI ZHANG'S attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than June 2, 2026, is an

7  informed and voluntary one.

8  _____          _____9/15/2025_____

9  REUVEN L. COHEN                          Date
   ATOSSA ESMAILI
10 Attorney for Defendant
   SAI ZHNAG

11

12    This agreement has been read to me in Mandarin, the language I

13 understand best, and I have carefully discussed every part of it with

14 my attorney.  I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than June 2, 2026.  I understand that I

17 will be ordered to appear in Courtroom 8C of the Federal Courthouse,

18 350 W. 1st Street, Los Angeles, California on June 2, 2026, at 8:30

19 a.m.

20 

21 _____          _____9/15/25_____

   SAI ZHANG                                Date
22 Defendant

                    **CERTIFICATION OF INTERPRETER**

23

24    I, Yongjia Johnston, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this

26 entire agreement from English into Mandarin to defendant SAI ZHANG

27 on this date.
   _____          _____9/15/2025_____
   INTERPRETER                              Date
28

                                    7

1       I am CHENGWU HE'S attorney.  I have carefully discussed every

2   part of this stipulation and the continuance of the trial date with

3   my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than June 2, 2026, is an

7   informed and voluntary one.

8   _____     _____
                                          Date
9   VICTOR SHERMAN
    Attorney for Defendant
10  CHENGWU HE

11

12      This agreement has been read to me in Mandarin, the language I

13  understand best, and I have carefully discussed every part of it with

14  my attorney.  I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than June 2, 2026.  I understand that I

17  will be ordered to appear in Courtroom 8C of the Federal Courthouse,

18  350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30

19  a.m.

20  _____     _____
                                          Date
21  CHENGWU HE
    Defendant

22                    **CERTIFICATION OF INTERPRETER**

23      I, CHAD WANG, am fluent in the written and spoken English and

24  Mandarin languages.  I accurately translated this entire agreement

25  from English into Mandarin to defendant CHENGWU HE on this date.

26  _____     _____
                                          Date
27  INTERPRETER CHAD WANG

28

I am BERNARDO MAUBERIS'S attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than June 2, 2026, is an informed and voluntary one.

_Robert M. Helfend_                        9/21/2025
ROBERT M. HELFEND                          Date
Attorney for Defendant
BERNARDO MAUBERIS


This agreement has been read to me in Spanish, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 2, 2026.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30 a.m.

_____                        9/24/2025
BERNARDO MAUBERIS                            Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant BERNARDO MAUBERIS on this date.

_____                        9/24/2025
INTERPRETER                                  Date

I am RAUL CONTRERAS'S attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than June 2, 2026, is an informed and voluntary one.

_____          9-26-25
CHARLES BROWN                              _____
Attorney for Defendant                     Date
RAUL CONTRERAS

This agreement has been read to me in Spanish, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 2, 2026.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30 a.m.

_____          9-26-25
RAUL CONTRERAS                             _____
Defendant                                  Date

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant RAUL CONTRERAS on this date.

_____          _____
INTERPRETER                                Date

1    I am XIAOLEI YE'S attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than June 2, 2026, is an

7  informed and voluntary one.

8  *Edward Robinson*                           Sept. 12, 2025

9  EDWARD M. ROBINSON                          Date
   Attorneys for Defendant
10 XIAOLEI YE

11

12    This agreement has been read to me in Mandarin, the language I

13 understand best, and I have carefully discussed every part of it with

   my attorney.  I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than June 2, 2026.  I understand that I

16 will be ordered to appear in Courtroom 8C of the Federal Courthouse,

17 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30

18 a.m.

19

20                                              09/12/2025

21 XIAOLEI YE                                   Date
   Defendant

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken English and

24 Mandarin languages.  I accurately translated this entire agreement

25 from English into Mandarin to defendant XIAOLEI YE on this date.

26

27 _____          _____
   INTERPRETER                          Date

28

1    I am JULIO ALEXANDER CABRERA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than June 2,

7  2026, is an informed and voluntary one.

8

_Peter Johnson_                               9/18/2025
245F9361A861456...
9  _____          _____
PETER JOHNSON                            Date
Attorney for Defendant
10 JULIO ALEXANDER CABRERA

11

12   This agreement has been read to me in Spanish, the language I

13 understand best, and I have carefully discussed every part of it with

   my attorney.  I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than June 2, 2026.  I understand that I

16 will be ordered to appear in Courtroom 8C of the Federal Courthouse,

17 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30

18 a.m.

19

   9FEF092919475477                          9/16/2025
20 _____          _____
JULIO ALEXANDER CABRERA                  Date
21 Defendant

22              **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken English and

24 Spanish languages.  I accurately translated this entire agreement

25 from English into Spanish to defendant JULIO ALEXANDER CABRERA on

26 this date.

27

28 _____          _____
INTERPRETER                              Date

**Page intentionally left blank**

1  I am VIDAL LICON-ROBLES'S attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than June 2, 2026, is an

7  informed and voluntary one.

8

9  ROBERT M. BERNSTEIN                           9/15/25
   Attorney for Defendant                        Date
10 VIDAL LICON-ROBLES

11

12 ~~This agreement has been read to me in Spanish, the language~~ I

13 ~~understand best, and~~ I have carefully discussed every part of it with

   my attorney.  I understand my Speedy Trial rights.  I voluntarily
14
   agree to the continuance of the trial date, and give up my right to
15
   be brought to trial earlier than June 2, 2026.  I understand that I
16
   will be ordered to appear in Courtroom 8C of the Federal Courthouse,
17
   350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30
18
   a.m.
19

20                                               9/15/25
   VIDAL LICON-ROBLES                            Date
21 Defendant

22              **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken English and

24 Spanish languages.  I accurately translated this entire agreement

25 from English into Spanish to defendant VIDAL LICON-ROBLES on this

26 date.

27

28 INTERPRETER                          Date

                        14